UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSTIN DRAYTON,

   Petitioner,

v.                                                            Case No.  3:13cv433/MCR/EMT

MICHAEL CREWS,

   Respondent.
_____/

### ORDER

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated July 11, 2014 (doc. 21).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  Respondent's motion to dismiss (doc. 16) is **GRANTED**.

3.  The petition for writ of habeas corpus (doc. 1) is **DISMISSED** with prejudice as untimely.

4.  A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 11th day of August, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**